**UNITED STATES DISTRICT COURT**
**FOR THE Eastern District of Pennsylvania**

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS (See attached schedule for case list)** | : | **MDL 875** |

**<u>TRANSFER ORDER NO. 318</u>**

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL−875 case no. 2:92−cv−00488 (Beiter, et al. v. Anchor Packing Co., et al); 2:92−cv−00489 (Choudoir, et al. v. Anchor Packing Co., et al.); 2:92−cv−00493 (Brey, Sr., et al. v. Anchor Packing Co., et al.); 2:92−cv−00494 (Brueggemann, et al. v. Anchor Packing Co., et al.); 2:92−cv−00495 (Biettler, et al. v. Anchor Packing Co., et al.); 2:92−cv−00496 (Anderson, et al. v. Anchor Packing Co., et al.); 2:92−cv−00497 (Blagnik, et al. v. Anchor Packing Co., et al.); 2:92−cv−00498 (Babcock, et al. v. Anchor Packing Co., et al.); 2:92−cv−00867 (Arts, et al. v. Anchor Packing Co., et al.); 2:92−cv−00868 (Anderson, et al. v. Anchor Packing Co., et al.); 2:92−cv−01173 (Albrecht, et al. v. Anchor Packing Co., et al.); 2:92−cv−01174 (Kosch, et al. v. Anchor Packing Co., et al.); 2:91−cv−01179 (Fiorini, et al. v. AcandS, Inc., et al.); 2:91−cv−01180 (Grueneberg, et al. v. Anchor Packing Co., et al.); 2:92−cv−00194 (Bussen, et al. v. Anchor Packing Co., et al.); 2:92−cv−00195 (Hamilton, et al. v. CertainTeed Corporation, et al.); 2:92−cv−00196 (Jaskulske, et al. v. CertainTeed Corporation, et al.); 2:92−cv−00197 (Cottrell, et al. v. Anchor Packing Co., et al.); 2:92−cv−00200 (Cooper, et al. v. Anchor Packing Co., et al.); 2:92−cv−00201 (Barthuly, et al. v. Anchor Packing Co., et al.); 2:92−cv−00202 (Becker, et al. v. Anchor Packing Co., et al.); 2:92−cv−00203 (Stange, et al. v. Anchor Packing Co., et al.); 2:92−cv−00205 (Ast, et al. v. Anchor Packing Co., et al.); 2:92−cv−00217 (Benthien, et al. v. Anchor Packing Co., et al.); 2:97−cv−00446

(Kracjir, et al. v. ACandS, Inc., et al.); 2:97−cv−00678 (Butler, et al. v. AcandS, Inc., et al.); 2:97−cv−01378 (Cadotte, et al. v. ACandS, Inc., et al.); 2:97−cv−00249 (Massey, et al. v. ACandS, Inc., et al.); 2:92−cv−01176 (Bieganski, Sr., et al. v. Anchor Packing Co., et al.); 2:92−cv−01177 (Nieland, et al. v. Anchor Packing Co., et al.); 2:92−cv−01178 (Schmidt, et al. v. Anchor Packing Co., et al.); 2:92−cv−01179 (Johnson, et al. v. Anchor Packing Co., et al.); 2:92−cv−01388 (Bonaparte, et al. v. Anchor Packing Co., et al.); 2:93−cv−00714 (Alvord, Sr., et al. v. Anchor Packing Co., et al.); 2:92−cv−01175 (Campbell, et al. v. Anchor Packing Co., et al.); 2:96−cv−00270 (Ostrowski, et al. v. ACandS, Inc., et al.); 2:96−cv−00271 (Affeldt, et al. v. ACandS, Inc., et al.); 2:96−cv−00272 (Kraft, et al. v. ACandS, Inc., et al.); 2:96−cv−00274 (Griffin, et al. v. ACandS, Inc, et al.); 2:94−cv−00216 (Baumgart, et al. v. Anchor Packing Company, et al.); 2:94−cv−00217 (Aumueller, et al. v. A.P. Green Refractories, et al.); 2:94−cv−00827 (Hardy, et al. v. Anchor Packing Company, et al.); 2:94−cv−00837 (Shinski, et al. v. Anchor Packing Company, et al.); 2:94−cv−00861 (McGaver, et al. v. Anchor Packing Company, et al.); 2:94−cv−01120 (White, et al. v. Anchor Packing Company, et al.); and, 2:94−cv−00192 (Bezie, et al. v. Anchor Packing Company, et al.) from the District Court for the Eastern District of Wisconsin, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy which is attached hereto. The effective date of transfer is upon entry of this order.

**BY THE COURT**

s/ECUARDO C. ROBRENO

**EDUARDO C. ROBRENO, J.**

Date: 1−23−09